**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07

August 14, 2007

**BY HAND**

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

RECEIVED
AUG 14 2007
CHAMBERS OF
RICHARD J. HOLWELL

    Re:    United States v. Jhamel Sean Francis, et al.
            07 Cr. 672 (RJH)

Dear Judge Holwell:

    An initial conference in the above-captioned case had been previously scheduled for September 14, 2007, but owing to the parties' conflicting schedules, the conference has been rescheduled for October 5, 2007, at 12:30 p.m. This additional time will allow the Government to produce, and the defendants to review, the discovery in the case. Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until October 5, 2007 in the interests of justice.

*[Handwritten note: Time is excluded under the STA from today to 10/5/07 to permit defendant and counsel the opportunity to review discovery. The exclusion of time is in the interests of justice and outweighs the interest of the defendant and the public in a speedy trial.]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Antonia M. Apps
Assistant United States Attorney
Tel: (212) 637-2198
Fax: (212) 637-2527

*[Handwritten: SO ORDERED]*
*[signature]* USDJ
8/14/07

Honorable Richard J. Holwell
August 14, 2007
Page 2

cc:   John J. Byrnes
      Federal Defenders of New York, Inc.
      *Counsel for Kenneth Francis*
      By Facsimile: (212) 571 0392

      Marilyn Reader
      *Counsel for Jhamel Sean Francis*
      By Facsimile: (914) 834 5921

      Vincent L. Briccetti
      Bricetti, Calhoun & Lawrence, LLP
      *Counsel for Claudia Francis*
      By Facsimile: (914) 946-5906

      Domenick J. Porco
      *Counsel for Lennie A. Nurse, Jr.*
      By Facsimile: (914) 725-8114

      Jason Russo
      Gaitman & Russo
      *Counsel for Dominik Rawle*
      By Facsimile: (516) 522 2675

      Sam Braverman
      *Counsel for Ebony Dennis*
      By Facsimile: (718) 293 5395