UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :     07 Cr. 672 (RJH)
                                  :
        -against-              :
                                  :     **NOTICE OF MOTION**
CLAUDIA FRANCIS,                  :
                                  :
                 Defendant.     :
-------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the annexed affirmation of Vincent L. Briccetti, Esq., the exhibits attached thereto, and the accompanying affirmation of defendant Claudia Francis, as well as the affirmations of Bradford Francis and Gary Francis, and the accompanying memorandum of law, as well as the pleadings and all prior proceedings herein, defendant Claudia Francis will move this Court, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order (1) suppressing all of the evidence seized from her home on June 28, 2007, Fed. R. Crim. P. 12(b)(3); (2) directing the government to make early discovery of a witness list; an exhibit list; witness statements and impeachment material; and Rule 404(b) evidence, if any; (3) directing the government to provide a bill of particulars, Fed. R. Crim. P. 7(f); and (4) for such other and further relief as the Court may deem just and proper.

      Claudia Francis also joins in the pretrial motions made by her co-defendants to the extent such motions are applicable to her.

Dated: White Plains, NY
       February 1, 2008

                          BRICCETTI, CALHOUN & LAWRENCE, LLP

               By:    s/ Vincent L. Briccetti
                          Vincent L. Briccetti
                          81 Main Street, Suite 450
                          White Plains, NY  10601
                          (914) 946-5900

                          ATTORNEYS FOR DEFENDANT
                          CLAUDIA FRANCIS