UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA                :     07 Cr. 672 (RJH)

    -against-                                            :

CLAUDIA FRANCIS,                                 :

                Defendant.           :
-------------------------------------------------------x

## AFFIRMATION OF BRADFORD FRANCIS

BRADFORD FRANCIS affirms as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My sister-in-law, Claudia Francis, is a defendant in the above-captioned case. I submit this affirmation in support of Claudia's pretrial motion to suppress evidence.

2. On June 28, 2007, Claudia was arrested at her home, the first floor apartment at 137-07 Frankton Street, Rosedale, NY. I live in the second floor apartment.

3. I was home early in the morning when the FBI agents arrived to arrest Claudia. Her two children stayed with me and my girlfriend after Claudia was taken away. I was in and out of my apartment several times that day. The agents remained in Claudia's apartment the entire day.

4. At about midday, I rang the doorbell for Claudia's apartment and asked if I and the kids could come in. The agents said "no." From the doorway, I could see post-it notes stuck on various surfaces. I also saw agents watching TV and eating pizza.

Dated: January 30, 2008
       Queens, NY

                                                   BRADFORD FRANCIS