## Documented Losses

**Exhibit One**
**Date:** 08/25/06
**Place:** Roosevelt Field Mall / Store number 524
**Time:** 20:21
**Transaction:** 9997
**Register:** 704

- Francis returned Two Tops and a Pair of Pants for a total of $874.43.
- Francis received a refund to her Debit card in the amount of $874.43. Account number 4159820003364488 was credited.
- The following items were returned:
  UPC[1]: 0883346184265    UII[2]: 060050623564
  UPC[1]: 0828156997186    UII[2]: 060050623572
  UPC[1]: 0883346241418    UII[2]: 060050623580

After investigating the return the following was discovered:
- This item was originally purchased at Store 524 Register 702, Transaction 699 on 08/22/2006 with a Mastercard credit card, account number ███████████ baring the name ██████████
- Nordstrom sustained a loss of $874.43.

**Evidence:**    XBR Reports

James Presland
Nordstrom Loss Prevention
EMP. 6885917

---

[1] UPC:  identifies item and the vendor information for an item
[2] UII:  Unique Item Identifier these combination of # identifies the merchandise with everything that occurred with the transactions, the UII is "married" to the item

02278



02273



10/06/06    $.00    $.00    SITE:SD-CI    TM:LG-8200    ACID:SDPHE69
                                        03/07/07
                                        22:44:03:

CITI CARDS
PO BOX 183058
COLUMBUS, OH
43218-3058

NY

# Citi® Platinum Select® Card        citi®

Account Number         6923

**Customer Service:**
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $13650 | $0 | $3800 | $0 | $0.00 |
| | Statement/ Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | 09/13/2006 | $0.00 + | $0.00 + | $0.00 = | $0.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | Amount |
|---|---|---|---|---|---|
| | 8/28 | 80991336 | Payments, Credits & Adjustments | | |
| | | | PAYMENT THANK YOU | | -240.00 |
| | | | 70    0000              0000 | | 00000000000 |
| | | | **Standard Purch** | | |
| 8/22 | 8/22 | 61J75F4G | DUANE READE #0467   Q04 ELMONT        NY | | 21.70 |
| | | | 61   A5912US              2222 | | 05444006235 |
| 8/22 | 8/22 | V3J75F4G | MACY'S EAST #053         GARDEN CITY   NY | | 100.00 |
| | | | 61   A5311US              2222 | | 05444736235 |
| 8/22 | 8/22 | X5J75F4G | MACY'S EAST #053         GARDEN CITY   NY | | 100.00 |
| | | | 61   A5311US              2222 | | 05444736235 |
| 8/22 | 8/22 | FKLC3R4N | DICK'S CLOTHING&SPORTI GARDEN CITY   NY | | 130.33 |
| | | | 61   A5655US              2222 | | 55540076235 |
| 8/22 | 8/22 | RDMZ8RL2 | TARGET        00012625 VALLEY STREAM NY | | 141.99 |
| | | | 61   A5310US              2222 | | 05410196235 |
| 8/22 | 8/22 | TS6XD05G | WENDY'S #7808      Q25 GARDEN CITY   NY | | 13.32 |
| | | | 61   A5814US              2222 | | 05444006235 |
| 8/22 | 8/22 | L0N26V30 | ABRAHAM, INC.        Q39 ROSEDALE     NY | | 18.07 |
| | | | 61   D5542US              2222 | | 55541866235 |
| 8/22 | 8/22 | BCHYGS30 | ECKERD DRUGS   #5592    ELMONT        NY | | 22.79 |
| | | | 61   B5912US              2222 | | 55541866235 |
| 8/22 | 8/22 | YGBYJP4G | CVS PHARMACY #0369 Q03 WEST HEMPSTEA NY | | 63.50 |
| | | | 61   A5912US              2222 | | 05444006235 |
| 8/22 | 8/22 | 46F68WS6 | GAP #0715/THE            GARDEN CITY   NY | | 269.39 |
| | | | 61   A5999US              2222 | | 25411176235 |
| 8/22 | 8/22 | MRBYJP4G | NORDSTROM #0523          WHITE PLAINS  NY | | 322.14 |
| | | | 61   A5311US              2222 | | 05444006235 |
| 8/22 | 8/22 | 3514VVS6 | THE SOURCE #3635         WESTBURY      NY | | 402.00 |
| | | | 61   A5999US              2222 | | 25411176235 |
| 8/22 | 8/22 | SL25VVS6 | THE WESTCHESTER #4676  WHITE PLAINS  NY | | 402.00 |
| | | | 61   A5999US              2222 | | 25411176235 |
| 8/22 | 8/22 | 50CYJP4G | NORDSTROM-RACK #0529     WESTBURY      NY | | 502.44 |
| | | | 61   A5311US              2222 | | 05444006235 |
| 8/22 | 8/22 | T*2H84XQ | GOTHIC CABINET CRAFT    WEST HEMPSTEA NY | | 509.45 |
| | | | 61   A5712US              2222 | | 55460296235 |
| 8/22 | 8/22 | HKBYJP4G | NORDSTROM #0523          WHITE PLAINS  NY | | 749.73 |
| | | | 61   A5311US              2222 | | 05444006235 |
| 8/22 | 8/22 | 8VBYJP4G | NORDSTROM #0524          GARDEN CITY   NY | | 972.19 |
| | | | 61   A5311US              2222 | | 05444006235 |
| 8/22 | 8/22 | WXBYJP4G | NORDSTROM #0524          GARDEN CITY   NY | | 1,122.10 |
| | | | 61   A5311US              2222 | | 05444006235 |
| 8/23 | 8/23 | G9L56V30 | ABRAHAM, INC.        Q39 ROSEDALE     NY | | 16.84 |
| | | | 61   D5542US              2222 | | 55541866236 |
| 8/23 | 8/23 | RC7JKGC8 | WALDENBOOKS    01018308 WESTBURY      NY | | 25.00 |
| | | | 61   B5942US              2222 | | 05410196236 |
| 8/23 | 8/23 | NWVVYNNB | AT THE CAR WASH          RODEDALE      NY | | 26.10 |
| | | | 61   A7542US              2222 | | 85500396236 |
| 8/23 | 8/23 | 7XX2PGO4 | RED LOBSTER US00003749 VALLEY STREAM NY | | 95.38 |
| | | | 61   B5812US              2222 | | 05410196236 |
| 8/23 | 8/23 | 3BY2PGO4 | RED LOBSTER US00003749 VALLEY STREAM NY | | 110.00 |
| | | | 61   B5812US              2222 | | 05410196236 |
| 8/23 | 8/23 | MV9*NL5G | NORDSTROM #0524          GARDEN CITY   NY | | 200.00 |
| | | | 61   A5311US              2222 | | 05444006236 |
| 8/23 | 8/23 | 5TJXKTV6 | ROOSEVELT FIELD MALL # GARDEN CITY   NY | | 202.00 |
| | | | 61   A5999US              2222 | | 25411176236 |

01442

ID PAYMENTS TO:

# NORDSTROM

### Roosevelt Field
630 Old Country Road
Garden City, NY 11530
(516) 746-0011

```
ore 524        Reg# 702       Tran# 699
.E      Rng# 4269692     Sel# 4269692



       OO00000000-0        1122.10
************6923 S
```

8/22/2006      08:25 PM

s purchase is to be charged to my account and I agree
pay above total amount according to the terms of my
d holder agreement.

Store Copy

02279



02275





**Statement period:** 08/01/06 THRU 09/01/06    **Account # 0000997493**    **Page 2 of 3**

## FASTRACK CHECKING - S71

| Date | Transaction | | Withdrawal | Deposit | Balance |
|------|-------------|---|-----------|---------|---------|
| Aug01 | PREVIOUS BALANCE | | | | 10.51 |
| Aug01 | ATM FEE | NY18117734 | -0.50 | | 10.01 |
| | ---> +CHASE VALLEY STREAM NY | | | | |
| Jul31 | *VISA PURCHASE | *621324838 | -46.00 | | -35.99 |
| | ---> EXXONMOBIL75 0474WESTBURY NY 5542 | | | | |
| Aug02 | NEG BAL TRANSFER | | | 22.31 | -13.68 |
| Aug25 | ATM DEP ACI | 05240704 | | 874.43 | 860.75 |
| | ---> *NORDSTROM GARDEN CITY NY | | | | |
| Aug25 | ATM WD ACI | NY1811 | -801.50 | | 59.25 |
| | ---> +CHASE VALLEY STREAM NY | | | | |
| Aug26 | ATM FEE | M001439669 | -0.50 | | 58.75 |
| | ---> +HSBC GARDEN CITY NY | | | | |
| Aug26 | ATM FEE | NY18114339 | -0.50 | | 58.25 |
| | ---> +CHASE VALLEY STREAM NY | | | | |
| Aug26 | ATM FEE | NY18114340 | -1.00 | | 57.25 |
| | ---> +CHASE VALLEY STREAM NY | | | | |
| Aug28 | ATM DEP ACI | 05240702 | | 247.67 | 304.92 |
| | ---> *NORDSTROM GARDEN CITY NY | | | | |
| Aug28 | ATM WD ACI | M0014301 | -281.75 | | 23.17 |
| | ---> +HSBC GARDEN CITY NY | | | | |
| Aug29 | ATM FEE | M001431102 | -0.50 | | 22.67 |
| | ---> +HSBC GARDEN CITY NY | | | | |
| Aug29 | ATM FEE | M001431104 | -1.00 | | 21.67 |
| | ---> +HSBC GARDEN CITY NY | | | | |
| Aug29 | *VISA PURCHASE | *624125720 | -20.85 | | 0.82 |
| | ---> WALDBAUM'S #27284 VALLEY STREAMNY 5411 | | | | |
| Sep01 | NEW BALANCE | | | | 0.82 |

## SUMMARY FOR PERIOD

| Account | Beginning Balance | Deposits Payments | Disbursed Advances | Ending Balance | Dividends/Interest Paid For Period | For Year |
|---------|-------------------|-------------------|--------------------|----------------|-----------------------------------|----------|
| SHARE  1 | 0.00 | 7.50 | 7.50 | 0.00 | 0.00 | 0.00 |
| SHARE 62 | 29.81 | 0.00 | 29.81 | 0.00 | 0.00 | 0.20 |
| SHARE 71 | 10.51 | 1,144.41 | 1,154.10 | 0.82 | 0.00 | 0.00 |

TOTAL DIVIDEND YTD:          0.20   TOTAL FINANCE CHARGE YTD FOR ALL LOANS:          0.00

**Dividends shown, if over $10, will be reported to the IRS for this calendar year.**

00601