USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                       :

UNITED STATES of AMERICA,        :    07 Crim. 00672 (RJH)
                       :

          Plaintiff,       :

                       :

    -against-          :    **ORDER**
                       :

JHAMEL S. FRANCIS, et al,     :
                       :

                       :

         Defendant.     :
                       :
------------------------------------------------------------x

A pretrial conference shall be held on July 17, 2008, at 2:30 p.m.,

in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street,

New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge