UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,  : 07 Crim. 00672 (RJH)

        Plaintiff,  :

    -against-  : **ORDER**

JHAMEL S. FRANCIS, et al,  :

        Defendant.  :

------------------------------------------------------------x

        A pretrial conference shall be held on July 17, 2008, at 2:30 p.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

                                      Richard J. Holwell
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08