

Help • Speak up

Manage your flights | Travel deals | Where we jet | TrueBlue® program

HI, JHAMEL [if this is not you, click here]

- TrueBlue home
- TrueBlue Activity Details
- about TrueBlue
- TrueBlue terms & conditions
- JetBlue credit history
- preferences
- contact info
- login info
- book a flight
- request points
- log out

**CONFIRMED ITINERARY**

Book date: Tuesday, 20 May 08

Confirmation number: **DDRVJ0**

Status: **CONFIRMED**

You will need to provide this confirmation number and government issued I.D. at check-in to receive your boarding pass.

If traveling on an international flight please check international documentation requirements.

**DEPARTING FLIGHTS**

**From Newark, NJ (EWR) to Ft Lauderdale, FL (FLL)**

Monday, 28 Jul 08    Flight 511    Depart Newark, NJ (EWR) at 3:40 PM and arrive in Ft Lauderdale, FL (FLL) at 6:38 PM

**RETURNING FLIGHTS**

**From Ft Lauderdale, FL (FLL) to Newark, NJ (EWR)**

Monday, 04 Aug 08    Flight 506    Depart Ft Lauderdale, FL (FLL) at 1:20 PM and arrive in Newark, NJ (EWR) at 4:30 PM

**CONTACT INFORMATION**

TRAVELOCITY
11603 CROSSWINDS WAY STE 125
SAN ANTONIO TX 78233
UNITED STATES

**PASSENGER INFORMATION**

1 Passenger:
  Adult 1:    JHAMEL FRANCIS

**PRICING**

Total for 1 Passenger
  Fare price          $   193.48 USD
  Taxes               $    35.52 USD
  Total price         $   229.00 USD

**PAYMENT**

Payment via Credit Card
  Form of payment     Visa
  Payment Status      CONFIRMED
  Cardholder name     LORETTA FRANCIS
  Card Number         XXXXXXXXXXXX3023
  Payment amount      $229.00 USD

**SEATS GOING OUT**

Ex. 1